IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ROSS AARON, #143489, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:04-cv-291-MEF |
| | ) |
| TERRANCE McDONNELL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #78) filed on April 7, 2006 are overruled;

(2) The Recommendation of the United States Magistrate Judge entered on March 27, 2006 (Doc. #76) is adopted;

(3) The 28 U.S.C. § 2254 petition for habeas relief filed by Ross Aaron is DENIED.

(4) This case is DISMISSED with prejudice.

DONE this the 12th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE